LOUIS A. LEONE, ESQ. (CSB #099874)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING
CORPORATION and PALO HOUSING SERVICES, LLC

**GRANTED**
*Judge James Ware*
3/19/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALYSSA C., | Case No.: C07 01112 |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| PALO ALTO HOUSING CORP., PALO ALTO HOUSING SERVICES, LLC, AND THE CITY OF PALO ALTO | |
| Defendants. | |

    Plaintiff, ALYSSA C., by and through her attorneys of record in this action, Kyra Kazantzis of the Public Interest Law Firm, and defendants, the CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION AND PALO HOUSING SERVICES, LLC, by and through their attorneys, Stubbs & Leone, do hereby stipulate pursuant to the provisions of United States District Court Local Rule 6-1, that defendant shall have up to and including April 18, 2007 within which to file a responsive pleading to plaintiff's complaint.

    This stipulation to extend time within which to file a responsive pleading to the complaint, does not alter any date of an event or any deadline already fixed by court order.

1 | IT IS SO STIPULATED:

3 | Dated: March 16, 2007

**STUBBS & LEONE**

LOUIS A. LEONE, ESQ.
Attorney for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION and PALO HOUSING SERVICES, LLC

Dated: March 16, 2007

**RELMAN & DANE, PLLC**

Michael Allen
Attorney for Plaintiff
ALYSSA C.

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT