LOUIS A. LEONE, ESQ. (CSB #099874)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING
CORPORATION and PALO HOUSING SERVICES, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| ALYSSA C., | **Case No.:  C07 01112** |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS  CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION and PALO HOUSING SERVICES, LLC** |
| vs. | |
| PALO ALTO HOUSING CORP., PALO ALTO HOUSING SERVICES, LLC, AND THE CITY OF PALO ALTO | |
| Defendants. | |

WHEREAS the parties in this action ("Action") have met and agreed to voluntarily participate in negotiations in a good faith effort to achieve an informal resolution of the Action;

WHEREAS the parties need time to exchange a settlement proposal and a response to that proposal,

WHEREAS the parties have already agreed to extend the time for defendants, the CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION AND PALO HOUSING SERVICES, LLC, to file a responsive pleading to and including April 18, 2007;

WHEREAS the parties believe that extending the time for Defendants to file a responsive pleading again will facilitate the parties' efforts to achieve an informal resolution of the Action;

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

1   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

2   between Plaintiff and Defendants, by and through their respective undersigned counsel,

3   that Defendants will have until July 9, 2007 to file their motion to dismiss to the

4   Complaint.  Said Motion shall be heard after August 13, 2007 and before September 24,

5   2007, subject to the Court's availability.

6   Moreover, the parties request that the Court reset the Case Management

7   Conference in this Action to correspond to the date of the hearing of Defendants' motion

8   to dismiss, which will be no earlier than August 13, 2007.

9   IT IS SO STIPULATED:

10

11   Dated: April____, 2007          STUBBS & LEONE

12

13

14                                   LOUIS A. LEONE, ESQ.
                                     Attorney for Defendants
15                                   CITY OF PALO ALTO, PALO ALTO HOUSING
                                     CORPORATION and PALO HOUSING
16                                   SERVICES, LLC

17

18   Dated: April____, 2007          PUBLIC INTEREST LAW FIRM

19

20

21                                   KYRA KAZANTZIS, ESQ.
                                     Attorney for Plaintiff
22                                   ALYSSA C.

23                   The Case Management Conference is continued from 6/11/2007 to

24   IT IS SO ORDERED: 8/13/2007 at 10:00 AM and the anticipated Motion to Dismiss has been
                   set for August 13 2007 at 9:00 AM.
25   Dated: _____4/11/2007_____

26

27                                   THE HONORABLE JAMES WARE
                                     United States District Judge
28

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

2