LOUIS A. LEONE, ESQ. (CSB #099874)
KATHERINE A. ALBERTS, ESQ. (CSB #212825)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING
CORPORATION and PALO HOUSING SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ALYSSA C., <br><br> Plaintiff, <br><br> vs. <br><br> PALO ALTO HOUSING CORP., PALO ALTO HOUSING SERVICES, LLC, AND THE CITY OF PALO ALTO <br><br> Defendants. | Case No.: C07 01112 <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION and PALO HOUSING SERVICES, LLC |

WHEREAS the parties in this action ("Action") have met and agreed to voluntarily participate in negotiations in a good faith effort to achieve an informal resolution of the Action;

WHEREAS the parties have entered into a previous Stipulation, which was signed and entered by the Court, extending Defendants CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION AND PALO HOUSING SERVICES, LLC'S time to respond to the Complaint until July 9, 2007 and moving the Initial Case Management Conference to a date to coincide with the hearing of Defendants' motion to dismiss;

WHEREAS the parties agree that they need additional time to continue the negotiation process;

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

1

WHEREAS the parties believe that extending the time for Defendants to file a responsive pleading again will facilitate the parties' efforts to achieve an informal resolution of the Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that Defendants will have until August 13, 2007 to file their motion to dismiss to the Complaint. Said Motion shall be heard after September 17, 2007 and before October 1, 2007, subject to the Court's availability.

Moreover, the parties request that the Court reset the Case Management Conference in this Action to correspond to the date of the hearing of Defendants' motion to dismiss, which will be no earlier than September 17, 2007.

IT IS SO STIPULATED.

Dated: June 19, 2007

STUBBS & LEONE

*/s/ Katherine Alberts*

LOUIS A. LEONE, ESQ.
KATHERINE A. ALBERTS, ESQ.
Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION and PALO HOUSING SERVICES, LLC

Dated: June 18, 2007

PUBLIC INTEREST LAW FIRM

*/s/ Michael Alfaro*

~~KYRA KAZANTZIS, ESQ.~~ Michael Alfaro
Attorney for Plaintiff
ALYSSA C.

IT IS SO ORDERED. Defendant's Motion to Dismiss shall be heard on 9/24/2007 at 9:00 AM. The Case Management Conference is set for 9/24/2007 at 10:00 AM. The Parties shall file a Joint Case Management Statement by 9/14/2007.

Dated: June 21, 2007

*/s/ James Ware*

THE HONORABLE JAMES WARE
United States District Judge

---

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT