1  LOUIS A. LEONE, ESQ. (CSB #099874)
2  KATHERINE A. ALBERTS, ESQ. (CSB #212825)
   **STUBBS & LEONE**
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
4  Telephone: (925) 974-8600
5  Facsimile: (925) 974-8601

6  Attorneys for Defendants
   CITY OF PALO ALTO, PALO ALTO HOUSING
7  CORPORATION and PALO HOUSING SERVICES, LLC

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| 10  ALYSSA C., | Case No.:  C07 01112 |
| 11        Plaintiff, | |
| 12  vs. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| 13  PALO ALTO HOUSING CORP., PALO ALTO HOUSING SERVICES, LLC, AND THE CITY OF PALO ALTO | |
| 14 | |
| 15 | |
| 16        Defendants. | |

WHEREAS the parties in this action ("Action") have met and agreed to voluntarily participate in negotiations in a good faith effort to achieve an informal resolution of the Action;

WHEREAS the parties have entered into a previous Stipulation, which was signed and entered by the Court, extending Defendants CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION AND PALO HOUSING SERVICES, LLC'S time to respond to the Complaint until August 13, 2007 and moving the Initial Case Management Conference and hearing of Defendants' motion to dismiss until September 24, 2007;

WHEREAS the Plaintiffs' put forth a settlement offer in the beginning of July 2007, and the Defendants will not be able to present that offer to the governing board of the appropriate government entities until the week of August 6, 2007;

WHEREAS the parties agree that they need additional time to continue the negotiation process and that the necessary approvals needed to respond to each proposal require additional time in the negotiation process;

WHEREAS the parties believe that extending the time for Defendants to file a responsive pleading again will facilitate the parties' efforts to achieve an informal resolution of the Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that Defendants will have until October 12, 2007 to file their motion to dismiss to the Complaint. Said Motion shall be heard after November 26, 2007, subject to the Court's availability.

Moreover, the parties request that the Court reset the Case Management Conference in this Action to correspond to the date of the hearing of Defendants' motion to dismiss, which will be no earlier than November 26, 2007.

/////
/////

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

2

1  IT IS SO STIPULATED.

2  Dated: July 23, 2007    **STUBBS & LEONE**

3

4  _____
   LOUIS A. LEONE, ESQ.
5  KATHERINE A. ALBERTS, ESQ.
   Attorneys for Defendants
6  CITY OF PALO ALTO, PALO ALTO HOUSING
7  CORPORATION and PALO HOUSING
   SERVICES, LLC
8

9  Dated: July 23, 2007    **RELMAN & DANE, PLLC**

10

11 _____

12 MICHAEL ALLEN, ESQ.
   Attorney for Plaintiff
13 ALYSSA C.

14

15     The Case Management Conference and hearing regarding Defendants'
16 anticipated Motion to Dismiss are hereby continued from September 24, 2007.
17 Defendants' anticipated motion to dismiss shall be heard on November 26, 2007
18 at 09:00 AM; the Case Management Conference is now set for November 26, 2007
19 at 10:00 AM.

20 IT IS SO ORDERED.
21

22 Dated: July 26 2007

23
                                    _____
24                                  THE HONORABLE JAMES WARE
                                    United States District Judge
25

26

27

28

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT