1  Kyra Kazantzis, Bar # 154612 (kyrak@lawfoundation.org)
2  James Zahradka, Bar # 196822 (jamesz@lawfoundation.org)
   **PUBLIC INTEREST LAW FIRM**
3  **Law Foundation of Silicon Valley**
   111 West Saint John Street, Suite 315
4  San Jose, California 95113
   Telephone: 408-280-2401
5  Facsimile: 408-293-0106
6
   Michael Allen, *pro hac vice* (mallen@relmanlaw.com)
7  **RELMAN & ASSOCIATES, PLLC**
   1225 Nineteenth Street, N.W., Suite 600
8  Washington, D. C. 20036
   Telephone: (202) 728-1888
9  Facsimile:  (202) 728-0848
10
11 Counsel for Plaintiff

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  (SAN JOSE DIVISION)

15 ALYSSA C.,                          Case No.:   C07 01112 JW/RS

16           Plaintiff,
17      vs.                            **STIPULATION AND [PROPOSED]
                                       ORDER EXTENDING TIME FOR
18 PALO ALTO HOUSING CORP., PALO       DEFENDANTS  TO FILE RESPONSIVE
   ALTO HOUSING SERVICES, LLC, AND     PLEADING TO PLAINTIFF'S
19 THE CITY OF PALO ALTO               COMPLAINT**

20           Defendants.
21
22     WHEREAS the parties in this action ("Action") have met and agreed to voluntarily

23 participate in negotiations in a good faith effort to achieve an informal resolution of the Action;

24     WHEREAS the parties have entered into a previous Stipulation, which was signed and

25 entered by the Court, extending Defendants CITY OF PALO ALTO, PALO ALTO HOUSING

26 CORPORATION AND PALO HOUSING SERVICES, LLC'S time to respond to the Complaint

27 to October 12, 2007, and moving the Initial Case Management Conference and hearing of

28 Defendants' motion to dismiss to November 26, 2007;

WHEREAS Plaintiffs' put forth a settlement offer in the beginning of July 2007, and Defendants presented a counter-offer on August 16, 2007;

WHEREAS the parties intend to continue settlement negotiations, but that the discussions have been temporarily suspended due to Ms. Croft's ill health, which has prevented her from participating in settlement negotiations and giving guidance to her counsel;

WHEREAS the parties believe that extending the time for Defendants to file a responsive pleading again will facilitate the parties' efforts to achieve an informal resolution of the Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that Defendants will have until January 10, 2008, to file their motion to dismiss to the Complaint.  Said Motion shall be heard after February 25, 2008, subject to the Court's availability.

Moreover, the parties request that the Court reset the Case Management Conference in this Action to correspond to the date of the hearing of Defendants' motion to dismiss, which will be no earlier than February 25, 2008.

IT IS SO STIPULATED.

Dated:  September __11__, 2007                **STUBBS & LEONE**


____/S/_____
LOUIS A. LEONE, ESQ.
KATHERINE A. ALBERTS, ESQ.
Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING
CORPORATION and PALO HOUSING
SERVICES, LLC


Dated:  September __18___, 2007                **PUBLIC INTEREST LAW FIRM**


____/S/_____
KYRA KAZANTZIS
Attorney for Plaintiff
ALYSSA C.

**Signature Attestation**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: <u>July 19, 2007</u>                              <u>/S/ Kyra Kazantzis</u>
                                                                    Kyra Kazantzis
                                                                    Attorney for plaintiffs

**ORDER**

For the reasons set forth above,

Defendants will have until January 10, 2008, to file their motion to dismiss to the Complaint.

The Case Management Conference and hearing regarding Defendants' anticipated Motion to Dismiss are hereby continued from November 26, 2007.  Defendants' anticipated motion to dismiss shall be heard on **February 25, 2008 at 9 AM**.  The Court will set a case management conference in its Order addressing Defendants' putative motion to dismiss.  In the event Defendants do not file a motion to dismiss on January 10, 2008, the Court will conduct a Case Management Conference on **February 25, 2008 at 10 a.m.**  Pursuant to the Civil Local Rules, the parties shall file a joint case management conference statement ten (10) days before the date of the conference.

This is the parties' final continuance.

Dated:  September 20, 2007                    _____
                                                                    JAMES WARE
                                                                    United States District Judge