Kyra Kazantzis, Bar # 154612 (kyrak@lawfoundation.org)
James Zahradka, Bar # 196822 (jamesz@lawfoundation.org)
**PUBLIC INTEREST LAW FIRM**
Law Foundation of Silicon Valley
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2401
Facsimile: 408-293-0106

Michael Allen, *pro hac vice* (mallen@relmanlaw.com)
**RELMAN & ASSOCIATES, PLLC**
1225 Nineteenth Street, N.W., Suite 600
Washington, D. C. 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848

Counsel for Plaintiff

IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/10/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ALYSSA C.,<br><br>  Plaintiff,<br>vs.<br><br>PALO ALTO HOUSING CORP., PALO ALTO HOUSING SERVICES, LLC, AND THE CITY OF PALO ALTO<br><br>  Defendants. | Case No.: C07 01112 JW/RS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |

WHEREAS the parties in this action ("Action") have met and agreed to voluntarily participate in negotiations in a good faith effort to achieve an informal resolution of the Action;

WHEREAS the parties have entered into a previous Stipulation, which was signed and entered by the Court, extending Defendants CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION AND PALO HOUSING SERVICES, LLC'S time to respond to the Complaint to August 13, 2007, and moving the Initial Case Management Conference and hearing of Defendants' motion to dismiss to September 24, 2007. Thereafter, the parties entered into a

---

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

1

Stipulation, which was entered by the Court extending Defendants up to and including January 10, 2008, to file their motion to dismiss to the Complaint;

WHEREAS Plaintiffs put forth a settlement offer in the beginning of July, 2007, and Defendants presented a counter-offer on August 16, 2007. The parties have continued to engage in settlement discussions, but the discussions have been hampered by the on-going medical condition of the plaintiff which affects her ability to assist her counsel in the negotiations;

WHEREAS the parties intend to continue settlement negotiations, but that the discussions had been temporarily suspended due to Ms. Croft's ill health, but should now proceed without further delay except if Ms. Croft suffers a relapse of her medical condition;

WHEREAS the parties believe that extending the time for Defendants to file a responsive pleading again will facilitate the parties' efforts to achieve an informal resolution of the Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned counsel, that Defendants will have until April 9, 2008, to file their motion to dismiss to the Complaint. Said Motion shall be heard after June 1, 2008, subject to the Court's availability.

Moreover, the parties request that the Court reset the Case Management Conference in this Action to correspond to the date of the hearing of Defendants' motion to dismiss.

IT IS SO STIPULATED.

Dated: January 3, 2008

STUBBS & LEONE

LOUIS A. LEONE, ESQ.
KATHERINE A. ALBERTS, ESQ.
Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION and PALO HOUSING SERVICES, LLC

///
///
///
///

Dated: January 3, 2008

**PUBLIC INTEREST LAW FIRM**

_____
KYRA KAZANTZIS
Attorney for Plaintiff
ALYSSA C.

## ORDER

For the reasons set forth above,

Defendants will have until April 9, 2008, to file their motion to dismiss to the Complaint. Said motion shall be heard on a date convenient to the Courts calendar but not before June 1, 2008

The Case Management Conference and hearing regarding Defendants' anticipated Motion to Dismiss are hereby continued from February 25, 2008 to June 2, 2008.

The anticipated Motion shall be heard at 9:00 AM and the Case Mangagement at 10:00AM The parties are to file a joint case management statement by May 23, 2008. The Court notes the parties numerous requests to continue this matter. This is the final request to continue.

Date: January 10, 2008

_____
THE HONORABLE JAMES WARE
United States District Judge