IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alyssa C., | NO. C 07-01112 JW |
|       Plaintiff, <br> v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| City of Palo Alto, et al., | |
|       Defendants. | |

In light of the parties' failure to file a timely Joint Preliminary Pretrial Statement, the Court continues the Preliminary Pretrial Conference currently set for January 26, 2009 to **February 23, 2008 at 10 a.m.** (See Docket Item No. 29.) On or before **February 13, 2008**, the parties shall file a Joint Preliminary Pretrial Statement. The Statement shall include, among other things, the parties' proposed trial schedule.

If the parties fail to file a Joint Preliminary Pretrial Statement for the continued conference, the Court may impose appropriate sanctions.

Dated: January 22, 2009

                                                  JAMES WARE <br>
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claudia Leed leedc@stubbsleone.com
James F. Zahradka jamesz@lawfoundation.org
Katherine A. Alberts albertsk@stubbsleone.com
Kyra Ann Kazantzis kyrak@lawfoundation.org
Louis A. Leone lleone@stubbsleone.com
Michael Allen mallen@relmanlaw.com

**Dated:  January 22, 2009**                                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**