IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alyssa C., | No. C 07-01112 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Palo Alto Housing Corp., et al., | |
| Defendants. | |

On February 12, 2009, the parties filed a Notice of Settlement. (See Docket Item No. 31.) The parties represent that they will be able to reduce their settlement to a writing and file the appropriate Stipulated Dismissal within 45 days. Accordingly, the Court vacates all trial and pretrial dates. On or before **April 3, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **April 13, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 3, 2009**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2  this action.

4  Dated:  February 19, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claudia Leed leedc@stubbsleone.com
James F. Zahradka jamesz@lawfoundation.org
Katherine A. Alberts albertsk@stubbsleone.com
Kyra Ann Kazantzis kyrak@lawfoundation.org
Louis A. Leone lleone@stubbsleone.com
Michael Allen mallen@relmanlaw.com

**Dated: February 19, 2009**                                      **Richard W. Wieking, Clerk**

                                                         **By:  /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California