LOUIS A. LEONE, ESQ. (CSB #099874)
KATHERINE A. ALBERTS, ESQ. (CSB # 212825)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
leonel@stubbsleone.com
albertsk@stubbsleone.com

Attorneys for Defendants
PALO ALTO HOUSING CORPORATION,
PALO ALTO HOUSING SERVICES and
THE CITY OF PALO ALTO

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALYSSA C.,<br><br>    Plaintiff,<br><br>    vs.<br><br>PALO ALTO HOUSING CORP., PALO ALTO HOUSING SERVICES, LLC, AND THE CITY OF PALO ALTO<br><br>    Defendants. | Case No.:   C07 01112 JW (RS)<br><br>**STIPULATION FOR AN ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>[Fed.R.Civ.Proc. , Rule 41(c)] |

---

STIPULATION FOR AN ORDER DISMISSING COMPLAINT WITH PREJUDICE

1

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record, that the Complaint filed on February 23, 2007, by plaintiff ALYSSA C. against defendants PALO ALTO HOUSING CORPORATION, PALO ALTO HOUSING SERVICES and THE CITY OF PALO ALTO shall be dismissed with prejudice, pursuant to settlement agreement, with all claims for fees and costs satisfied by settlement.

Dated: April 2, 2009

STUBBS & LEONE

*/s/ Katherine A. Alberts*

LOUIS A. LEONE, ESQ.
KATHERINE A. ALBERTS, ESQ.
Attorneys for Defendants
CITY OF PALO ALTO, PALO ALTO HOUSING CORPORATION and PALO HOUSING SERVICES, LLC

Dated: April 2, 2009

PUBLIC INTEREST LAW FIRM

*/s/ Kyra Kazantzis*

KYRA KAZANTZIS
Attorney for Plaintiff
ALYSSA C.